207–17 WEST 25TH STREET CO., INC., Appellant, *v.* BLU-STRIKE SAFETY RAZOR BLADE CO., INC., Respondent.

Submitted March 6, 1953; decided April 16, 1953.

*Morton G. Rosenberg* and *Frank E. Karelsen, III,* for appellant.

*Manuel Tancer* and *Jesse H. Barkin* for respondent.

Judgment affirmed, with costs; no opinion.

· Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.